Form G-3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| Jacquelyn Carter | ) | |
| | ) | No. 18-28279 |
| | ) | |
| Debtor(s) | ) | Judge Timothy A. Barnes |

**NOTICE OF MOTION**

TO: See attached list

      PLEASE TAKE NOTICE that on August 3, 2023, at 10:00 am, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of Jacquelyn Carter [to/for] Motion to Modify Plan, a copy of which is attached.

      **All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

      You may appear electronically by video or by telephone.

      **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

      **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

      **Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

      **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

      By: Mehul Desai

Mehul D. Desai
Attorney for Debtor
Swanson & Desai, LLC
3111 W Armitage Ave, Ste 202
Chicago, IL 60647
(312) 850-3328

**CERTIFICATE OF SERVICE**

I, Mehul Desai, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on July 6, 2023, at 8:10 a.m.

/s/ Mehul Desai
[Signature]

## SERVICE LIST

To:

Thomas Hooper, 55 E. Monroe St., Ste. 3850, Chicago, IL 60603

via electronic notice through the CM/ECF system; and

Jacquelyn Carter

Notice to parties on attached service list via first class mail

```
Label Matrix for local noticing         LVNV Funding LLC                       PRA Receivables Management LLC
0752-1                                  PO Box 10587                           POB 41067
Case 18-28279                           Greenville, SC 29603-0587              Norfolk, VA 23541-1067
Northern District of Illinois
Eastern Division
Thu Jul  6 08:06:50 CDT 2023

PRA Receivables Management, LLC         U.S. Bankruptcy Court                  Advocate Health Care
PO Box 41021                            Eastern Division                       PO Box 1123
Norfolk, VA 23541-1021                  219 S Dearborn                         Minneapolis, MN 55440-1123
                                        7th Floor
                                        Chicago, IL 60604-1702

Capital One Na                          Capital One Na                         Capital One, N.A.
Attn: General Correspondence/Bankruptcy Po Box 26625                           PO Box 71083
Po Box 30285                            Richmond, VA 23261-6625                Charlotte, NC  28272-1083
Salt Lake City, UT 84130-0285


Cavalry SPV I, LLC                      Comenity Bank/Ashley Stewart           Comenity Bank/Ashley Stewart
500 Summit Lake Drive, Ste 400          Attn:  Bankruptcy Dept                 Po Box 182789
Valhalla, NY 10595-2321                 Po Box 182125                          Columbus, OH 43218-2789
                                        Columbus, OH 43218-2125


Comenitybank/meijer                     Comenitybank/meijer                    (p)CONTINENTAL FINANCE COMPANY
Attn: Bankruptcy                        Po Box 182789                          PO BOX 3220
Po Box 182273                           Columbus, OH 43218-2789                BUFFALO NY 14240-3220
Columbus, OH 43218-2273


Credit One Bank                         Credit One Bank                        (p)DELL FINANCIAL SERVICES
Attn: Bankruptcy                        Po Box 98875                           P O BOX 81577
Po Box 98873                            Las Vegas, NV 89193-8875               AUSTIN TX 78708-1577
Las Vegas, NV 89193-8873


Elastic                                 First Premier Bank                     First Premier Bank
Republic Bank & Trust Company           601 S Minnesota Ave                    Attn: Bankruptcy
9683 Kenwood Dr.                        Sioux Falls, SD 57104-4868             Po Box 5524
Cincinnati, OH 45242-6128                                                      Sioux Falls, SD 57117-5524


Forethought Life Insurance Company      Genesis Bc/celtic Bank                 Genesis Bc/celtic Bank
c/o Select Portfolio Servicing, Inc.    268 S State St Ste 300                 Attn: Bankruptcy
P.O. Box 65250                          Salt Lake City, UT 84111-5314          268 South State Street Ste 300
Salt Lake City, UT 84165-0250                                                  Salt Lake City, UT 84111-5314


LVNV Funding, LLC                       MERRICK BANK                           Merrick Bank/CardWorks
Resurgent Capital Services              Resurgent Capital Services             Attn: Bankruptcy
PO Box 10587                            PO Box 10368                           Po Box 9201
Greenville, SC 29603-0587               Greenville, SC 29603-0368              Old Bethpage, NY 11804-9001


Merrick Bank/CardWorks                  NetCredit                              NetCredit
Po Box 9201                             175 W. Jackson Blvd., Suite 1000       200 W Jackson Blvd Ste 2
Old Bethpage, NY 11804-9001             Chicago, IL 60604-2863                 Chicago, IL 60606-6910
```

| | | |
|---|---|---|
| OneMain<br>P.O. Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville, IN 47708-1013 | OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 |
| Personify<br>P.o. Box 500650<br>San Diego, CA 92150-0650 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>GPCC I LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 |
| Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | Select Portfolio Servicing, Inc<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank/Amazon<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank/Gap<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Gap<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/Walmart<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Target<br>Target Card Services<br>Mail Stop NCB-0461<br>Minneapolis, MN 55440 |
| Trinity Advocate Hospital<br>2350 E. 93rd St<br>Chicago, IL 60617 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Jacquelyn V Carter<br>554 E 92nd St<br>Chicago, IL 60619-7435 |
| Mehul D Desai<br>Swanson and Desai LLC<br>3111 W Armitage Ave Suite 202<br>Chicago, IL 60647-3818 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St., Suite 3850<br>Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Continental Finance Company<br>4550 New Linden Hill Rd<br>Wilmington, DE 19808 | (d)Continental Finance Company<br>Attn: Bankruptcy<br>Po Box 8099<br>Newark, DE 19714 | Dell Financial Services LLC<br>1 Dell Way<br>Round Rock, TX 78682 |
| (d)Dell Financial Services LLC<br>Attn: President/CEO<br>Po Box 81577<br>Austin, TX 78708 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Forethought Life Insurance Company | (d)LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients    56
Bypassed recipients     3
Total                  59

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHISN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 13 |
| Jacquelyn Carter, | ) | Case No. 18-28279 |
| | ) | Hon. Timothy A Barnes |
| Debtor. | ) | |

## MOTION TO MODIFY PLAN

**NOW COMES** Jacquelyn Carter, Debtor, by and through her attorneys, Swanson & Desai, LLC and respectfully moves this Honorable Court to enter an order modifying Debtor's Chapter 13 plan and, in support thereof, states as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. § 1409(a). This is a core proceeding pursuant to 28 U.S.C. § 157.

2. Debtor filed a petition for relief pursuant to the Chapter 13 Title 11 U.S.C. on October 8, 2018. Debtor's plan was confirmed by this Honorable Court on January 29,2019.

3. Debtor's confirmed plan requires a plan payment of $600.00 per month for a period of 36 months with all general unsecured creditors receiving a 10% dividend.

4. The Debtor has accrued a default in plan payments due to an increase in her property taxes. She is on a fixed income and has 7 months remaining in her case.

5. Debtor's case will complete and she will no longer have the payment when the first installment of her taxes come due barring Cook County changing the due date of her property taxes.

6. Pursuant to 11 U.S.C. § 1329, Debtor requests this Honorable Court to enter an order deferring the current default until the end of the Chapter 13 plan.

**WHEREFORE**, Jacquelyn Carter, Debtor, prays this Honorable Court enters an order modifying the debtor's plan by deferring the default until the end of the Chapter 13 plan and for any further relief this Court deems fair and just.

Respectfully submitted,

/s/ Mehul D. Desai
Attorney for Debtors
Swanson & Desai, LLC
3111 W Armitage Ave, Suite 202
Chicago, IL 60647
(312) 850-3328